UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRETCHON WINDELL POWELL, | § | |
| ID # 1607214, | § | |
| Petitioner, | § | CIVIL ACTION NO.: |
| vs. | § | 3:13-CV-4805-B (BH) |
| | § | |
| WILLIAM STEPHENS, Director, | § | |
| Texas Department of Criminal | § | |
| Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petitioner's motions for summary judgment (doc. 24) and default judgment (doc. 25) are **DENIED**.

SIGNED this 14th day of August, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE