IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GRETCHON WINDELL POWELL, | ) | |
| ID # 1607214, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:13-CV-4805-B |
| | ) | |
| WILLIAM STEPHENS, Director, | ) | |
| Texas Department of Criminal | ) | |
| Justice, Correctional Institutions Division, | ) | |
| Respondent. | ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to 28 U.S.C. § 636(b) and *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred to the United States Magistrate Judge.

Before the Court is the *Application to Proceed Without Prepayment of Fees and Affidavit* on appeal, received September 9, 2014 (doc. 32).

(**X** )   The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED.

(    )   The motion for leave to proceed *in forma pauperis* on appeal should be DENIED because the movant has not shown that he is a pauper.

**If the Court denies the request to proceed *in forma pauperis* on appeal, movant may challenge such denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 10th day of September, 2014.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE