IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GRETCHON WINDELL POWELL,<br>ID # 1607214,<br>    Petitioner,<br>vs.<br><br>WILLIAM STEPHENS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>    Respondent. | No. 3:13-CV-4805-B |

## ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Considering the record in this case and the recommendation of the Magistrate Judge, the Court hereby finds and orders:

( X )   The motion for leave to proceed *in forma pauperis* on appeal is GRANTED.

(   )   the motion for leave to proceed *in forma pauperis* on appeal is DENIED because movant has not shown that he is a pauper.

(   )   Although this Court has denied movant permission to proceed with this case *in forma pauperis*, movant may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order. *See also* Fed. R. App. P. 24(a)(5).

DATE: 9/10/14

_____
UNITED STATES DISTRICT JUDGE